1

**THE HONORABLE RICARDO S. MARTINEZ**

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  PROMEDEV, LLC dba RELIEF FACTOR, | CASE NO. 2:22-cv-01824-RSM

10          Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

11      v.

12  AGE RELIEF, LLC; and MICHAEL JOSEPH REDMOND, | **NOTE ON MOTION CALENDAR: Tuesday, January 17, 2023**

13

          Defendants.

14

15      Plaintiff Promedev, LLC dba Relief Factor ("Plaintiff") and defendants Age Relief, LLC

16  and Michael Joseph Redmond ("Defendants") (collectively, the "Parties"), by and through their

17  respective counsel, hereby stipulate and agree as follows:

18      WHEREAS, Plaintiff filed its Complaint on December 28, 2022;

19      WHEREAS, Defendants were served with the Complaint on December 30, 2022, making

20  their current response deadline January 20, 2023;

21      WHEREAS, Defendants' counsel were recently retained and are currently evaluating the

22  underlying facts, Plaintiff's allegations, as well as potential defenses;

23      WHEREAS, Defendants have not previously sought any extension of time;

24      WHEREAS, the Parties agree to extend the deadline by which Defendants may respond to

25  the Complaint to February 17, 2023;

26      WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES,

27  that Defendants may have until February 17, 2023 to file and serve a response to the Complaint.

STIPULATION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 1
CASE NO. 2:22-cv-01824-RSM

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1 | RESPECTFULLY SUBMITTED on this 17th day of January, 2023.

2 | **GOLDFARB & HUCK ROTH RIOJAS, PLLC**

3 | */s/Kit W. Roth*
Kit W. Roth, WSBA No. 33059

4 | */s/R. Omar Riojas*
R. Omar Riojas, WSBA No. 35400

5

6 | 925 Fourth Avenue, Suite 3950
Seattle, WA 98104

7 | Telephone: 206.452.0260
Facsimile: 206.397.3062

8 | E-mail: roth@goldfarb-huck.com
        riojas@goldfarb-huck.com

9 | Attorneys for Defendants

10 | **LOWE GRAHAM JONES PLLC**

11 | *s/ David A. Lowe*
David A. Lowe, WSBA No. 24453

12

13 | 1325 Fourth Ave., Suite 1130
Seattle, WA 98101

14 | Telephone: (206) 381-3300
Email:  lowe@lowegrahamjones.com

15 | Attorneys for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 2
CASE NO. 2:22-cv-01824-RSM

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1

**ORDER**

2        Pursuant to the above stipulation, **IT IS SO ORDERED**.

3        DATED this 18ᵗʰ day of January, 2023

4

5

6

7        RICARDO S. MARTINEZ
         UNITED STATES DISTRICT JUDGE

8

9

10

11   Presented by:

12   /s/Kit W. Roth
     Kit W. Roth, WSBA No. 33059
13   /s/R. Omar Riojas
     R. Omar Riojas, WSBA No. 35400
14   **GOLDFARB & HUCK ROTH RIOJAS, PLLC**
     925 Fourth Avenue, Suite 3950
15   Seattle, WA 98104
     Telephone: 206.452.0260
16   Facsimile: 206.397.3062
     E-mail: roth@goldfarb-huck.com
17
     Attorney for Defendants
18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 3
CASE NO. 2:22-cv-01824-RSM

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1

## CERTIFICATE OF SERVICE

2          The undersigned certifies that the foregoing document was filed electronically with the

3   Clerk of the Court using the CM/ECF system on January 17, 2023 and was served via the Court's

4   CM/ECF system on all counsel of record.

5

6
                                            /s/ Kit W. Roth
                                            Kit W. Roth, WSBA No. 33059

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 4
CASE NO. 2:22-cv-01824-RSM

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260