THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROMEDEV, LLC dba RELIEF FACTOR,

Plaintiff,

v.

AGE RELIEF, LLC; and MICHAEL JOSEPH REDMOND,

Defendants.

CASE NO. 2:22-cv-01824-RSM

SECOND STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

NOTE ON MOTION CALENDAR:
Monday, February 13, 2023

Plaintiff Promedev, LLC dba Relief Factor ("Plaintiff") and defendants Age Relief, LLC and Michael Joseph Redmond ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint on December 28, 2022;

WHEREAS, on January 18, 2023, the Court granted the Parties' Stipulation and Order to Extend Time to Respond to Plaintiff's Complaint [Dkt. # 9];

WHEREAS, Defendants' response to Plaintiff's complaint is due on February 17, 2023;

WHEREAS,  the Parties have been working cooperatively regarding the early stages of the litigation, continue to be engaged in substantial discussions of the matters at issue in this dispute, and have commenced meaningful settlement discussions and exchanges;

WHEREAS, to facilitate the Parties' ongoing settlement discussions, the Parties agree to extend the deadline by which Defendants may respond to the Complaint to March 3, 2023;

SECOND STIPULATED MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 1
CASE NO. 2:22-cv-01824-RSM

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES,

that Defendants may have until March 3, 2023 to file and serve a response to the Complaint.

RESPECTFULLY SUBMITTED on this 13th day of February, 2023.

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/Kit W. Roth*
Kit W. Roth, WSBA No. 33059
*/s/R. Omar Riojas*
R. Omar Riojas, WSBA No. 35400

925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone: 206.452.0260
Facsimile: 206.397.3062
E-mail: roth@goldfarb-huck.com
        riojas@goldfarb-huck.com

Attorneys for Defendants

**LOWE GRAHAM JONES PLLC**

*s/ David A. Lowe*
David A. Lowe, WSBA No. 24453

1325 Fourth Ave., Suite 1130
Seattle, WA 98101
Telephone: (206) 381-3300
Email:  lowe@lowegrahamjones.com

Attorneys for Plaintiff

SECOND STIPULATED MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 2
CASE NO. 2:22-cv-01824-RSM

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

<u>**ORDER**</u>

Pursuant to the above stipulation, **IT IS SO ORDERED**.

DATED this 13th day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/Kit W. Roth*
Kit W. Roth, WSBA No. 33059
**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone: 206.452.0260
Facsimile: 206.397.3062
E-mail: roth@goldfarb-huck.com

Attorney for Defendants

SECOND STIPULATED MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 3
CASE NO. 2:22-cv-01824-RSM

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

SECOND STIPULATED MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 4
CASE NO. 2:22-cv-01824-RSM

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on February 13, 2023 and was served via the Court's CM/ECF system on all counsel of record.

*/s/ Kit W. Roth*
Kit W. Roth, WSBA No. 33059

SECOND STIPULATED MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 5
CASE NO. 2:22-cv-01824-RSM

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260