**THE HONORABLE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROMEDEV, LLC dba RELIEF FACTOR,<br><br>Plaintiff,<br><br>v.<br><br>AGE RELIEF, LLC; and MICHAEL JOSEPH REDMOND,<br><br>Defendants. | CASE NO. 2:22-cv-01824-RSM<br><br>**THIRD STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br>**Wednesday, February 22, 2023** |

Plaintiff Promedev, LLC dba Relief Factor ("Plaintiff") and defendants Age Relief, LLC and Michael Joseph Redmond ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint on December 28, 2022;

WHEREAS, on January 18, 2023, the Court granted the Parties' Stipulation and Order to Extend Time to Respond to Plaintiff's Complaint [Dkt. # 9];

WHEREAS, on February 13, the Court granted the Parties' Stipulation and Order to Extend Time to Respond to Plaintiff's Complaint [Dkt. # 11];

WHEREAS, Defendants' response to Plaintiff's complaint is due on March 3, 2023;

WHEREAS, the Parties have been working cooperatively regarding the early stages of the litigation, continue to be engaged in substantial discussions of the matters at issue in this dispute, and have commenced meaningful settlement discussions and exchanges;

THIRD STIPULATED MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 1
CASE NO. 2:22-cv-01824-RSM

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

WHEREAS, to facilitate the Parties' ongoing settlement discussions, the Parties agree to extend the deadline by which Defendants may respond to the Complaint to March 17, 2023;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES, that Defendants may have until March 17, 2023 to file and serve a response to the Complaint.

RESPECTFULLY SUBMITTED on this 22nd day of February, 2023.

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

/s/Kit W. Roth
Kit W. Roth, WSBA No. 33059
/s/R. Omar Riojas
R. Omar Riojas, WSBA No. 35400

925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone: 206.452.0260
Facsimile: 206.397.3062
E-mail: roth@goldfarb-huck.com
         riojas@goldfarb-huck.com

Attorneys for Defendants

**LOWE GRAHAM JONES PLLC**

s/ David A. Lowe
David A. Lowe, WSBA No. 24453

1325 Fourth Ave., Suite 1130
Seattle, WA 98101
Telephone: (206) 381-3300
Email: lowe@lowegrahamjones.com

Attorneys for Plaintiff

THIRD STIPULATED MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 2
CASE NO. 2:22-cv-01824-RSM

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

## **ORDER**

Pursuant to the above stipulation, **IT IS SO ORDERED**.

DATED this 23rd day of February, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/Kit W. Roth
Kit W. Roth, WSBA No. 33059
**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone: 206.452.0260
Facsimile: 206.397.3062
E-mail: roth@goldfarb-huck.com

Attorney for Defendants

THIRD STIPULATED MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 3
CASE NO. 2:22-cv-01824-RSM

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on February 22, 2023 and was served via the Court's CM/ECF system on all counsel of record.

/s/ Kit W. Roth
Kit W. Roth, WSBA No. 33059

THIRD STIPULATED MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 4
CASE NO. 2:22-cv-01824-RSM

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260