UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROMEDEV, LLC dba RELIEF FACTOR,<br><br>Plaintiff,<br><br>v.<br><br>AGE RELIEF, LLC; and MICHAEL JOSEPH REDMOND,<br><br>Defendants. | CASE NO. 2:22-cv-01824-RSM<br><br>**FOURTH STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Promedev, LLC dba Relief Factor ("Plaintiff") and defendants Age Relief, LLC and Michael Joseph Redmond ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint on December 28, 2022;

WHEREAS, on February 23, 2023, the Court granted the Parties' Third Stipulation and Order to Extend Time to Respond to Plaintiff's Complaint [Dkt. # 13];

WHEREAS, Defendants' response to Plaintiff's complaint is due on March 17, 2023;

WHEREAS, the Parties have been working cooperatively regarding the early stages of the litigation, continue to be engaged in substantial discussions of the matters at issue in this dispute, and have commenced meaningful settlement discussions and exchanges;

WHEREAS, Defendant's lead counsel, Mr. Kit Roth, on behalf of Defendant, has been uniquely engaged with Plaintiff's counsel on meaningful settlement discussions and exchanges;

WHEREAS, Mr. Roth is currently on bereavement leave because, last week, Mr. Kit Roth's mother recently passed away suddenly and unexpectedly,

WHEREAS, to facilitate the Parties' ongoing settlement discussions and allow Mr. Roth bereavement time, the Parties agree to extend the deadline by which Defendants may respond to the Complaint to March 31, 2023;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES, that Defendants may have until March 31, 2023 to file and serve a response to the Complaint.

RESPECTFULLY SUBMITTED on this 13th day of March, 2023.

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/Kit W. Roth*
Kit W. Roth, WSBA No. 33059
*/s/R. Omar Riojas*
R. Omar Riojas, WSBA No. 35400

925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone: 206.452.0260
Facsimile: 206.397.3062
E-mail: roth@goldfarb-huck.com
         riojas@goldfarb-huck.com

Attorneys for Defendants

**LOWE GRAHAM JONES PLLC**

*s/ David A. Lowe*
David A. Lowe, WSBA No. 24453

1325 Fourth Ave., Suite 1130
Seattle, WA 98101
Telephone: (206) 381-3300
Email:  lowe@lowegrahamjones.com

Attorneys for Plaintiff

**ORDER**

Pursuant to the above stipulation, **IT IS SO ORDERED**.

DATED this 13th day of March, 2023.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

FOURTH STIPULATED MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 4
CASE NO. 2:22-cv-01824-RSM